

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00752-CV

**HUMANA INSURANCE COMPANY**,
Appellant

v.

Dolores **MUELLER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 376765
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED dismissing the underlying cause for lack of jurisdiction. It is ORDERED that appellant, Humana Insurance Company, recover its costs of this appeal from appellee, Dolores Mueller.

SIGNED April 29, 2015.

_____
Jason Pulliam, Justice